# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:20-cv-00433

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Mega Convenience Corp d/b/a Channahon Convenience & Tobacco, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **MEGA CONVENIENCE CORP D/B/A CHANNAHON CONVENIENCE & TOBACCO**

PERSON SERVED: **SULTON RFKAI, EMPLOYEE**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **05/11/2020 at 12:27 PM**

ADDRESS, CITY AND STATE: **24735 W EAMS ST, CHANNAHON, IL 60410**

DESCRIPTION: **Middle Eastern, Male, 25, 5'7", 130 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Chris Adlington, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 11th day of May, 2020.

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Tracking #: **436371**